212

Illinois Development Corporation, Appellee, v. John W. Wuerth, President of Board of Trustees of Skokie et al., Appellants.

Gen. No. 43,561.

Heard in the second division, first district; opinion filed November 6, 1945; released for publication November 20, 1945. Nicholson, Barrett, Nisen & Keyes and Peter J. Struck, for appellants; John R. Nicholson and Ernest V. Keyes, of counsel; Herbert Ritz, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.